

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:23CR47 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROGELIO VEGA EVANS | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the indictment in the above-captioned case be unsealed, and

IT APPEARING TO THE COURT that the reasons for sealing the Bill of Indictment, as indicated in the government's motion, no longer exist,

IT IS ORDERED that the government's motion to unseal is GRANTED, and the Clerk is respectfully directed to unseal the indictment.

This 7th day of July, 2023.

HONORABLE W. CARLETON METCALF
U.S. MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA